# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>**Caswell Richards**<br>**a/k/a Steven Edwin**<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  **1:22-mj-287**<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __Jan. 1, 2019 to Dec. 31, 2019__ in the city/county of __Arlington__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and 846 | Unlawfully, knowingly, and intentionally combined, conspired, confederated, and agreed with others, known and unknown, to unlawfully, knowingly, and intentionally distribute 5 kilograms or more of cocaine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

__SAUSA Rachel Roberts__
*Printed name and title*

*Complainant's signature*

__Randall Mason, Task Force Officer, DEA__
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by __telephone__ *(specify reliable electronic means).*

Date: __10/18/2022__

John F. Anderson
Digitally signed by John F. Anderson
Date: 2022.10.18 15:32:50 -04'00'

*Judge's signature*

City and state:  __Alexandria, Virginia__   Hon. John F. Anderson, U.S. Magistrate Judge
*Printed name and title*